No. 13,809.

ORLEANS AND JEFFERSON RAILWAY COMPANY, LIMITED, vs. INTERNATIONAL CONSTRUCTION COMPANY ET ALS.

SYLLABUS.

The mere fact that a contractor who has undertaken to build and equip a street railroad has assembled certain material with the intention of using it for the purposes of the contract, gives the contractee no proprietary interest in such material, nor does it give him the right to control the disposition of it Hence, an injunction will not lie at the suit of the contractee to prohibit the contractor from removing such material, or otherwise disposing of it.

A PPEAL from the civil district court, parish of Orleans—*Théard, J.*

*Carroll & Carroll and Dinkelspiel & Hart,* for Orleans and Jefferson Railway Company, Limited, and W. N. Grunewald, plaintiffs, appellants.

*George W. Flynn,* for Costello & Burke, defendants, appellees.

The opinion of the court was delivered by

MONROE, J. This case was argued with the case of Mrs. Flora B. Cameron *et als.* vs. Orleans and Jefferson Railway Company, Limited, this day decided, and is so intimately connected with that case that it has been found convenient to deal with both in one opinion.

For the reasons there given, it is ordered, adjudged and decreed that the judgment appealed from be affirmed in so far as it dissolves the injunction and rejects the plaintiff's demand, and that it be annulled, avoided and reversed in so far as it sustains the reconventional demand

of E. M. Costello and M. D. Burke and Costello & Burke and awards them damages, the costs of the main demand to be paid by the plaintiffs and those of the reconventional demand, as also those of the appeal, by said Costello & Burke and E. M. Costello and M. D. Burke.

Rehearing refused.